No. 93–9051. IN RE REEDER;
No. 93–9070. IN RE SHOWS;
No. 93–9077. IN RE GREEN;
No. 93–9202. IN RE GOSCH;
No. 93–9216. IN RE DREW;
No. 93–9481. IN RE REDDECK;
No. 93–9482. IN RE WHITE;
No. 93–9568. IN RE GUNDERSON;
No. 93–9585. IN RE WHITE;
No. 93–9784. IN RE CRAWFORD;
No. 94–299. IN RE MORRISON;
No. 94–5178. IN RE BERRY;
No. 94–5194. IN RE DE CASTRO;
No. 94–5255. IN RE LITTRELL;
No. 94–5256. IN RE MONTGOMERY;
No. 94–5318. IN RE ZZIE;
No. 94–5381. IN RE COOPER; and
No. 94–5382. IN RE COOPER. Petitions for writs of mandamus denied.

No. 93–1969. IN RE CITY OF HENDERSON ET AL. Motion of petitioner for show cause order denied. Petition for writ of mandamus denied.

No. 94–146. IN RE JOHNSON; and
No. 94–5097. IN RE KAMAL. Petitions for writs of mandamus and/or prohibition denied.

No. 93–9352. IN RE SHAWLEY; and
No. 93–9614. IN RE WRIGHT. Petitions for writs of prohibition denied.

No. 93–248. JOHNSON v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied. ■

No. 93–1441. WALSH v. DELAWARE ET AL. C. A. 3d Cir. Certiorari denied.